UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Noormohammad Gurwala,                          CIVIL 02-4893 (PAM/RLE)

                    Plaintiff,

vs.

Rural Cellular Corporation, et al.,

                    Defendants.

-----------------------------------------             CIVIL 03-121 (RHK/RLE)

Roderick B. Brown, et al.,

                    Plaintiffs,

vs.

Rural Cellular Corporation, et al.,

                    Defendants

-----------------------------------------

Kenneth Ketter,                                CIVIL 03-1088 (DWF/RLE)

                    Plaintiff,

vs.

Rural Cellular Corporation, et al.,

                    Defendants.

_____

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

        Case No. 02-4893 PAM/RLE  having been assigned to Judge Paul A. Magnuson, and Case
No. 03-121 RHK/RLE having later been assigned to Judge Richard H. Kyle, and Case No. 03-1088
DWF/RLE having been assigned to Judge Donovan W. Frank, said  matters being related cases,

        IT IS HEREBY ORDERED That Case No. 03-121 RHK/RLE and Case No. 03-1088
DWF/RLE be assigned to Judge Paul A. Magnuson, nunc pro tunc, by use of a card on the Securities
list of the automated case assignment system, and the Clerk of court is directed to void and reuse a
card on the same list pursuant to this Court's Assignment of Cases Order dated February 2, 2003.

MAR 1 1 2003
FILED_____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD._____
DEPUTY CLERK_____

IT IS FINALLY ORDERED That a copy of this order shall be placed in each of the above respective files.

DATED: March 7 , 2003

Paul A. Magnuson, Judge
United States District Court

DATED: March 11 , 2003

Richard H. Kyle, Judge
United States District Court

DATED: March ____ , 2003

Donovan W. Frank, Judge
United States District Court

Roderick B. Brown, et al                     03-0121PAM/RLE

Kenneth Ketter, et al                        03-1088PAM/RLE

vs

Rural Cellular Corp., et al


Pursuant to an Order for Reassignment of Related Cases signed by Judges Magnuson, Kyle and Frank, the above-entitled cases have been reassigned to Judge Paul A. Magnuson and referred to Magistrate Judge Raymond L. Erickson as related cases to 02-cv-4893 already assigned to PAM/RLE.  Please note the changes in judges' initials above and refer to them when submitting materials to the court.