◯ AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

In re: Rural Cellular Corporation Securities Litigation

V.

**JUDGMENT IN A CIVIL CASE**

Case Number:  02-4893 PAM/RLE

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendant RCC and the Individual Defendants' Motion to Dismiss (Clerk Doc. No. 40) is GRANTED;
2. Defendant Arthur Andersen's Motion to Dismiss (Clerk Doc. No. 37) is GRANTED; and
3. Plaintiffs' Second Amended Complaint is DISMISSED with prejudice.

|  June 7, 2004  |  RICHARD D. SLETTEN, CLERK  |
| --- | --- |
| Date | |
| | s/Lisa Duda |
| (By) | Lisa Duda,   Deputy Clerk |

Modified:03/10/03